FOR THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NATOKA CASEY,<br>*Plaintiff,*<br><br>v.<br><br>WAL-MART STORES TEXAS LLC.<br>dba WALMART SUPERCENTER #217<br>*Defendant.* | §<br>§<br>§<br>§<br>§   CIVIL ACTION 4:24-cv-00789<br>§<br>§<br>§<br>§ |

## INDEX OF DOCUMENTS FILED IN STATE COURT

1. Plaintiff's Original Petition, filed July 29, 2024;

2. Request for Citation to Wal-Mart Stores Texas LLC , filed July 29, 2024;

3. Citation issued to Wal-Mart Stores Texas LLC., filed July 29, 2024;

4. Executed Citation from Wal-Mart Stores Texas LLC, filed August 9, 2024;

5. Wal-Mart Stores Texas LLC's Original Answer, filed August 26, 2024;

Respectfully submitted,

By: _____
**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
**HELEN H. EMERSON**
Texas Bar No. 24092556
hemerson@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202-3746
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR WALMART**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 30th day of August 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served via electronic mail to all parties of record as listed below:

Mildred Ashley
ktclawfirm@gmail.com
Counsel for Plaintiff

.

_____
**DAVID A. JOHNSON**

**INDEX OF DOCUMENTS FILED IN STATE COURT**
1645550